AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID 12017623

for the

District of Columbia

**RECEIVED**

By USMS District of Columbia District Court at 5:27 pm, Sep 14, 2026

United States of America
v.
Richard Brown
also known as "Trey"
PDID: 754-675
*Defendant*

Case: 1:26-cr-000213
Assigned To: Judge Reyes, Ana C.
Assign Date: 9/11/2026
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* RICHARD BROWN, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(o) - Unlawful Possession of a Machinegun
18 U.S.C. § 2312 - Interstate Transportation of a Stolen Vehicle
22 D.C. Code § 4504(a)(1) (2001 ed.) - Carrying a Pistol Without a License Outside Home or Place of Business
22 D.C. Code § 3215(b) (2001 ed.) - Unauthorized Use of a Vehicle
50 D.C. Code § 2201.05b(b)(2) (2001 ed.) - Fleeing a Law Enforcement Officer

Date: 09/11/2026

M H Upad
*Issuing officer's signature*

City and state: WASHINGTON, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/14/26, and the person was arrested on *(date)* 09/16/26 at *(city and state)* WASHINGTON, DC.

Date: 09/16/26

*Arresting officer's signature*

JEFFRY S. HARDY
*Printed name and title*